**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO.: 5:25-CR-1941** |
| | § | |
| **EDGAR EMILIO RAMIREZ DIAZ** | § | |
| **EMILIO RAMIREZ CORTES** | § | |

## ADVISORY TO THE COURT REGARDING FORFEITURE

Now comes the United States in the above referenced cause for the purpose of advising the Court of its intent to not seek a final order of criminal forfeiture of the Glock 48 9mm handgun, Serial Number BKYT083 that is listed in the Preliminary Order of Forfeiture. Dkt. No. 52.

On March 31, 2026, Adrian Scott Baker filed a third-party petition under 21 U.S.C. § 853(n) advising the Government that it was the lawful owner of a Glock 48 9mm handgun, Serial Number BKYT083; two (2) Shield Arms S15 after-market 15-round 9mm magazines; a Gould & Goodrich double magazine carrier; and a Galco Stow-N-Gow nubuck leather holster. Dkt. No. 70. The Glock 48 9mm handgun is the only identified item found among the property listed in the Preliminary Order of Forfeiture. The 9mm magazines, magazine carrier, and Galco Stow-N-Glow holster have not been identified by U.S. Customs and Border Protection as included within the seized property subject to forfeiture.

The United States recognizes the legal ownership interest presented by Adrian Scott Baker and will defer to the seizing agency for administrative processing of the return of the Glock 48 9mm handgun to Mr. Baker. Should the 9mm magazines, magazine carrier, and Galco Stow-N-Glow holster be identified among the seized property after the filing of this advisory, the United States will immediately notify the Court and Mr. Barker of its recovery and direct U.S. Customs

and Border Protection to arrange for its return to Mr. Baker.

Respectfully submitted,

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

By:   */s/ Mary Ellen Smyth*
MARY ELLEN SMYTH
Assistant United States Attorney
Tex. Bar.: 18779100
SDTX Adm.: 31348
11204 McPherson Road, Suite 100A
Laredo, Texas 78045
Office (956) 723-6523
Mary.Ellen.Smyth@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 13, 2026, a copy of this *Advisory to the Court Regarding Forfeiture* was served upon all parties of record via Electronic Case Filing (ECF) and mailed to Adrian Scott Baker via USPS certified mail.

*/s/ Mary Ellen Smyth*
MARY ELLEN SMYTH
Assistant United States Attorney
